```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DOMINGO ROSARIO FIGUEROA,                    :
                                             :      16-CV-4469 (VEC)
                              Petitioner,    :      92-CR-0019
                                             :
        -against-                            :      ORDER
                                             :
UNITED STATES OF AMERICA,                    :
                                             :
                              Respondent.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Petitioner's resentencing is scheduled for **June 26, 2020 at 2:30 p.m**.;

IT IS HEREBY ORDERED: Due to ongoing concerns regarding the COVID-19 outbreak, the sentencing is adjourned to **August 18, 2020 at 2:00 p.m.** Both parties' sentencing submissions are due by **August 3, 2020**.

**SO ORDERED.**

Date:  June 1, 2020
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**