```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                                     :
                                                              :         92-CR-0019
                                                              :
              -against-                                       :         ORDER
                                                              :
                                                              :
                                                              :
DOMINGO ROSARIO FIGUEROA,                                     :
                                                              :
                              Defendant.                      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's resentencing is scheduled for **August 18, 2020 at 2:00 p.m**.;

WHEREAS Defendant is currently located at Terre Haute in Indiana;

IT IS HEREBY ORDERED:  No later than **July 31, 2020**, counsel must submit a joint letter indicating: (i) whether the BOP expects to relocate Defendant to this district in advance of his resentencing; (ii) whether Defendant requests to proceed by videoconference; or (iii) whether Defendant seeks an adjournment of the resentencing.

**SO ORDERED.**

Date:  July 16, 2020
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**