```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                              -against-

DOMINGO ROSARIO FIGUEROA,

                              Defendant.
------------------------------------------------------------- X

92-CR-0019

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's resentencing is scheduled for **August 18, 2020 at 2:00 p.m**.;

IT IS HEREBY ORDERED THAT: Due to a scheduling conflict, Defendant's resentencing is adjourned to **August 27, 2020 at 4:00 p.m**.

**SO ORDERED.**

Date: **August 7, 2020**
      **New York, NY**

_(signature)_
**VALERIE CAPRONI**
**United States District Judge**