**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 12, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **RE:**    United States v. Domingo Rosario Figueroa
              92 CR 19, 16 Civ. 4469

Dear Judge Caproni:

      I write to request an adjournment of Mr. Rosario Figueroa's resentencing, currently scheduled for August 27, 2020. Mr. Rosario Figueroa would like to appear in person before Your Honor. He is currently incarcerated at Terre Haute USP. The parties can file a joint letter within two weeks with proposed dates, once we have a clearer understanding of the time frame required to bring Mr. Rosario Figueroa to this district.

Application GRANTED. No later than **August 27, 2020**, the parties must file a joint letter with proposed dates for Mr. Figueroa's resentencing.

SO ORDERED.

*[signature]*  8/12/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

    Cc:    AUSA Kevin Mead (via ECF)

Respectfully submitted,

*[signature]*

Tamara L. Giwa
Counsel for Domingo Rosario Figueroa
Federal Defenders of New York
(917) 890-9729