**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

October 5, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Domingo Rosario Figueroa**
       92 CR 19, 16 Civ. 4469

Dear Judge Caproni:

I write to request that Mr. Rosario Figueroa's resentencing, currently scheduled for November 19, 2020, proceed remotely due to the ongoing public health crisis. Mr. Rosario Figueroa is currently incarcerated at Terry Haute USP, and does not wish to be relocated to this district for his sentencing.

Respectfully submitted,

/s/
Tamara L. Giwa
Counsel for Domingo Rosario Figueroa
Federal Defenders of New York
(917) 890-9729

Application GRANTED. The resentencing will take place remotely.
SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

10/5/2020

Cc:   AUSA Kevin Mead (via ECF)