```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                  -against-

DOMINGO ROSARIO FIGUEROA,

                            Defendant.
------------------------------------------------------------- X

92-CR-0019

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's resentencing is scheduled for **November 19, 2020 at 2:00 p.m.**;

IT IS HEREBY ORDERED THAT: Due to a scheduling conflict, Defendant's resentencing is adjourned to **December 10, 2020 at 10:00 a.m**.

**SO ORDERED.**

**Date: November 5, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**