```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

                                                             92-CR-0019

                  -against-                          ORDER

   DOMINGO ROSARIO FIGUEROA,

                             Defendant.
-------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Defendant's resentencing is scheduled for **December 10, 2020 at 10:00 a.m.**;

       IT IS HEREBY ORDERED THAT: Members of the public may attend the hearing by dialing (929) 251-9612 and using the meeting number 199 106 2667.

**SO ORDERED.**

Date:  December 8, 2020
          New York, NY

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**