

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

February 15, 2021

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 2/16/2021 |

**BY ECF & EMAIL**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Figueroa*, 92 Crim. 19 (VEC)

Dear Judge Caproni:

The Government respectfully requests an adjournment of the 5:00 p.m. briefing deadline and of tomorrow's sentencing so that the Government has an opportunity to address the issues the defendant raised in his letter of this afternoon. The defendant does not object to a brief adjournment.

The Government understands that the Court plans to convert tomorrow's previously scheduled sentencing proceeding to a conference. The Government remains available at the time of the scheduled proceeding, and has been informed by defense counsel that counsel is prepared to waive the defendant's presence at that proceeding.

Respectfully Submitted,

AUDREY STRAUSS
United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

Application GRANTED. Defendant's resentencing is adjourned to **March 2, 2021 at 10:00 a.m.** No later than **February 19, 2021**, the Government must respond to Defendant's argument that his § 922(g) conviction does not trigger a 15-year mandatory minimum because the Puerto Rico robberies do not qualify as crimes of violence. See Dkt. 104. Defendant's reply is due by **February 26, 2021.**

A teleconference will be held on **February 16, 2021 at 2:00 p.m.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 0019.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI            2/16/2021
UNITED STATES DISTRICT JUDGE

CC:  Tamara L. Giwa, Counsel for Domingo Rosario Figueroa (by ECF)